UNITED STATES of America,
Plaintiff-Appellee,

v.

Joseph Anthony DIGIOVANNI,
Defendant-Appellant.

No. 71–2064
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Oct. 12, 1971.

---

* Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

John C. Pennington (Court Appointed), Strickland, Stone & Pennington, Atlanta, Ga., for defendant-appellant.

John W. Stokes, Jr., U. S. Atty., Robert L. Smith, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before WISDOM, COLEMAN, and SIMPSON, Circuit Judges.

PER CURIAM:

Joseph Anthony Digiovanni was convicted, in two counts, of possessing and passing counterfeited obligations of the United States in violation of 18 U.S.C., § 472. On appeal, Digiovanni asserts that certain closing arguments of the prosecuting attorney require the reversal of his conviction. The appeal falls entirely within the perimeter of our Local Rule 21[1] and the judgment of the District Court is

Affirmed.

·1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.